## Charles Hudson v. Dorrance M. Martindale.

Appeal from the Superior Court of Cook County.   Opinion filed January 26, 1899.

This case is disposed of on question of sufficiency of bond.

CHILDS & HUDSON, attorneys for appellant.

No appearance for appellee.